■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MONTELEONE, Appellant. [895 NYS2d 751]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Knopf, J.), rendered May 5, 2008, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was deprived of a fair trial as a result of the prosecutor's misconduct on summation is without merit. Most of the challenged remarks were proper because they constituted either fair comment upon the evidence or a fair response to the defense summation (*see People v*

*Ashwal*, 39 NY2d 105, 109-110 [1976]; *People v Nieves*, 2 AD3d 539 [2003]; *People v Ivory*, 307 AD2d 1000, 1001 [2003]). With respect to the remaining challenged remarks, the trial court's instructions served to ameliorate any prejudicial effect that may have resulted (*see People v Barnes*, 80 NY2d 867 [1992]; *People v Galloway*, 54 NY2d 396 [1981]; *People v Martinez*, 58 AD3d 754, 756 [2009]; *People v Ivory*, 307 AD2d at 1001; *People v Harris*, 84 AD2d 63, 104 [1981]). Moreover, any error resulting from the challenged remarks, both individually and cumulatively, was harmless (*see People v Crimmins*, 36 NY2d 230, 241 [1975]; *People v White*, 5 AD3d 511, 512 [2004]; *People v Ivory*, 307 AD2d at 1001; *see also People v Hollenquest*, 48 AD3d 592, 593 [2008]). Skelos, J.P., Florio, Hall and Austin, JJ., concur.